1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**DISTRICT OF NEVADA**

9
10

| | |
|---|---|
| FERNANDO HARO, III, | ) |
| Plaintiff(s), | ) Case No. 2:17-cv-00848-JCM-VCF |
| | ) |
| vs. | ) ORDER |
| | ) |
| THOMAS KELLER RESTAURANT GROUP, | ) |
| | ) |
| Defendant(s). | ) |

11
12
13
14
15
16       With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself as

17  the settlement judge in this action.  IT IS ORDERED that this action is referred to the Clerk for random

18  reassignment of the settlement judge in this case.

19       DATED: March 23, 2017

20
21                                                    _____
22                                                    NANCY J. KOPPE
                                                     United States Magistrate Judge
23
24
25
26
27
28