# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| FERNANDO HARO, III, | |
|       Plaintiff, | 2:17-cv-00848-JCM-VCF |
| vs. | **ORDER** |
| THOMAS KELLER RESTAURANT GROUP, *et al.*, | |
|       Defendants. | |

Before the court is Plaintiff's Motion to Withdraw as Counsel of Record for Plaintiff Fernando Haro, III. (ECF No. 17).

**Discussion:**

Under Local Rule 7-2(d), [t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Here, no opposition has been filed and the time to oppose has passed.

Pursuant to Local Rule IA 11-6(b), "[n]o attorney may withdraw after appearing in a case except by leave of [c]ourt after notice has been served on the affected client and opposing counsel." "Except for good cause shown, no withdrawal or substitution shall be approved if delay of discovery, the trial or any hearing in the case would result." LR IA 11-6(e). Nevada Rule of Professional Conduct 1.16(a)(3) provides that a lawyer may withdraw if the "[t]he lawyer is discharged." Here, based on counsel's representation that Plaintiff Haro wishes to proceed *pro se*, the Court permits counsel to withdraw. (ECF No. 17-1 at 2) LR IA 11-6(b); NRPC 1.16(a)(3). The Court finds that permitting counsel to withdraw would not result in delay. LR IA 11-6(e). Discovery has not commenced. No hearing has been scheduled and trial date has not been determined.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff's Motion to Withdraw as Counsel of Record for Plaintiff Fernando Haro, III (ECF No. 17) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court will mail a copy of this order to Plaintiff Haro at the following address:

Fernando Haro, III
8002 Cactus Circle
Buena Park, California  90620

IT IS FURTHER ORDERED that Plaintiff Haro must either retain counsel or file a notice of appearing *pro se* within 30 days from the entry of this order.

Plaintiff Haro must file with the Court written notification of any change of address.

IT IS SO ORDERED.

DATED this 11th day of July, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE