1  Andrew L. Rempfer
   Nevada Bar No. 8628
2  LAW OFFICES OF STEVEN J. PARSONS
   10091 Park Run Drive Ste 200
3  Las Vegas, NV 89145-8868
   (702) 384-9900
4  (702) 384-5900 (fax)
   Andrew@SJPlawyer.com
5
   Attorney for Plaintiff
6  FERNANDO HARO, III

7              UNITED STATES DISTRICT COURT

8                   DISTRICT OF NEVADA

9  **FERNANDO HARO, III**, an individual,     Case No. **2:17-cv-00848-JCM-(VCF)**

10         Plaintiff,                          SUBSTITUTION OF ATTORNEY

11         v.

12 **THOMAS KELLER RESTAURANT GROUP**, a
   foreign corporation; and **TK LAS VEGAS**,
13 **LLC**, d.b.a "**BOUCHON AT THE VENETIAN**,"
   a foreign Limited Liability Company
14
           Defendant.
15 _____/

16     PAUL PADDA LAW, PLLC, attorney of record for the above named Plaintiff does hereby

17 consent to the substitution of Andrew Rempfer, to represent Plaintiff in their place and stead.

18     Dated: July 12, 2017.

19                                     PAUL PADDA LAW, PLLC

20                                     /s/ Paul S. Padda, Esq.
                                       _____
21                                     PAUL S. PADDA
                                       Nevada Bar No. 10417
                                       JOSHUA U. ANG
22                                     Nevada Bar No. 10417

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .



10091 Park Run Drive Suite 200
Las Vegas, Nevada 89145-8868
(702)384-9900; fax (702)384-5900
Info@SJPlawyer.com

1   Andrew L. Rempfer of the LAW OFFICES OF STEVEN J. PARSONS does hereby agree to be
2   substituted in the place and stead of PAUL PADDA LAW, PLLC, as the attorney for Plaintiff, in the
3   above-entitled matter.
4   Dated: July 12, 2017.

LAW OFFICES OF STEVEN J. PARSONS

ANDREW L. REMPFER
Nevada Bar No. 8628

8   Fernando Haro, III, does hereby agree to allow Andrew L. Rempfer to substitute on as
9   counsel on his behalf.
10  Dated: July 12, 2017.

FERNANDO HARO, III
Plaintiff

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE
DATED: 7-14-2017



LAW OFFICES OF
STEVEN J. PARSONS

10091 Park Run Drive Suite 200
Las Vegas, Nevada 89145-8868
(702)384-9900; fax (702)384-5900
Info@SJPlawyer.com