UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FERNANDO HARO, III, | Case No. 2:17-cv-00848-JCM-VCF |
| Plaintiffs, | ORDER |
| v. | |
| THOMAS KELLER RESTAURANT GROUP, et al. | |
| Defendant. | |

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1. The ENE conference currently scheduled for October 18, 2017, at 9:30 a.m., is **VACATED** and **CONTINUED** to October 27, 2017, at 9:30 a.m.

2. Confidential ENE statements shall be due to chambers no later than 4:00 p.m., October 20, 2017.

3. All other instructions within the original Order Scheduling Early Neutral Evaluation Session (ECF No. 25) shall remain in effect.

DATED this 15th day of September, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE